IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AMBRESA TAYLOR,

      Petitioner,

vs.                                                                    No. CV 18-01047 MV/GJF

MARIANNA VIGIL, WARDEN, and
ATTORNEY GENERAL OF THE STATE OF
NEW MEXICO,

      Respondents.

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** is before the Court *sua sponte* under Fed. R. Civ. P. 41(b) on the Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 by a Person in State Custody filed by Ambresa Taylor (Doc. 1). The Court will dismiss the Petition without prejudice for failure to comply with a Court order, failure to comply with local rules, and failure to prosecute.

On January 5, 2022, the Court entered a Memorandum Opinion and Order dismissing the Petition and granting Taylor leave to file an amended § 2254 petition within 60 days. (Doc. 6). The copy of the Court's Memorandum Opinion and Order sent to Taylor at her address of record was returned as undeliverable and indicated that she had been released from custody. (Doc. 7). New Mexico Department of Corrections records confirm that Taylor has been released from custody. More than 60 days has elapsed since entry of the Memorandum Opinion and Order and Taylor has not filed an amended Petition, has not responded to the Memorandum Opinion and Order, has not provided the Court with a new address, and has not communicated with the Court.

1

Pro se litigants are required to follow the federal rules of procedure and simple, nonburdensome local rules. *See Bradenburg v. Beaman*, 632 F.2d 120, 122 (10th Cir. 1980). The local rules require litigants, including prisoners, to keep the Court apprised of their proper mailing address and to maintain contact with the Court. D.N.M. LR-Civ. 83.6.

Taylor has failed to comply with Local Rule 83.6 and has failed to prosecute this action by failing to file an amended petition and by not keeping the Court apprised of her current address. Therefore, the Court will dismiss this civil proceeding pursuant to Rule 41(b). *Olsen v. Mapes*, 333 F.3d 1199, 1204, n. 3 (10th Cir. 2003).

**IT IS ORDERED** that the Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 by a Person in State Custody filed by Ambresa Taylor (Doc. 1) is **DISMISSED** without prejudice under Fed. R. Civ. P. 41(b).

_____
HONORABLE MARTHA VÁZQUEZ
SENIOR UNITED STATES DISTRICT JUDGE